SAO
DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>BAR ARBOR GLEN AT PROVIDENCE HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; AND NEVADA ASSOCIATION SERVICES, INC,<br><br>Defendants.| Case No. 2:16-cv-00761-APG-NJK<br><br>**STIPULATION AND ORDER DISMISSING PETER J. FOX WITHOUT PREJUDICE** |
| SFR INVESTMENTS POOL 1, LLC, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP; and PETER J. FOX, an individual,<br><br>Counter/Cross Defendants.| |

Cross-Defendant Peter J. Fox ("Fox") stipulate and agree that the Fox no longer has

- 1 -

any interest, ownership or otherwise, in the real property commonly known as **7317 Perkins Hill Street, Las Vegas, NV 89166; Parcel No. 126-13-815-073** ("Property"). Fox has been informed that the Property was sold on January 11, 2013 by the foreclosure sale conducted by Nevada Association Services, Inc. ("NAS"), agent for the Bar Arbor Glen at Providence Homeowners Association. Fox further stipulates and agrees that he will not contest the validity of the resulting foreclosure deed recorded in the Official Records of the Clark County Recorder, Instrument Number 201301160001938, or SFR Investments Pool 1, LLC's ownership interest in the Property based on the foreclosure deed.

Based on these representations, SFR Investments Pool 1, LLC and Peter J. Fox stipulate and agree that Fox shall be dismissed from this action without prejudice, each party to bear its own fees and costs.

| Dated this 4 day of August, 2016. | Dated this 4th day of August, 2016. |
|---|---|
| **KIM GILBERT EBRON** | **PETER J. FOX** |
| /s/ Diana Cline Ebron | /s/ Peter J. Fox |
| DIANA CLINE EBRON, ESQ.<br>Nevada Bar No. 10580<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, Nevada 89139<br>Phone: (702) 485-3300<br>Fax:   (702) 485-3301<br>*Attorneys for SFR Investments Pool 1, LLC* | Peter J. Fox<br>c/o Roderic A. Carucci, Esq.<br>Law Offices of Roderic A. Carruci<br>702 Plumas Street<br>Reno, NV 89509<br>*Cross-Defendant* |

### ORDER

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED that Cross-Defendant Peter J. Fox shall be dismissed from this action without prejudice, each party to bear its own fees and costs.

Dated: August 5, 2016.

_____
UNITED STATES DISTRICT JUDGE

- 2 -