ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JESSE A. RANSOM, ESQ.
Nevada Bar No. 13565
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
       jesse.ransom@akerman.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A. successor by merger to BAC HOME LOAN SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING LP, <br><br> Plaintiff, <br><br> vs. <br><br> BAR ARBOR GLEN AT PROVIDENCE HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | Case No.: 2:16-cv-00761-APG-NJK <br><br> **NOTICE OF DISASSOCIATION** |
| SFR INVESTMENTS POOL 1, LLC; <br><br> Counter/Cross Claimant, <br><br> vs. <br><br> BANK OF AMERICA, N.A. successor by merger to BAC HOME LOAN SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING LP; PETER J. FOX, <br><br> Counter/Cross Defendants. | |

{40512702;1} 1

Plaintiff Bank of America, N.A. Successor by merger to BAC Home Loan Servicing, LP, fka Countrywide Home Loans Servicing LP (BANA) hereby provides notice Allison Schmidt, Esq. is no longer associated with the law firm of Akerman LLP.  **BANA** requests Ms. Schmidt be removed from the CM/ECF service list. Akerman LLP will continue to represent **BANA** and requests ARIEL E. STERN, ESQ. and JESSE A. RANSOM, ESQ. receive all future notices.

Respectfully submitted, this 23rd day of January, 2017.

**AKERMAN LLP**

/s/ *Jesse A. Ransom, Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JESSE A. RANSOM, ESQ.
Nevada Bar No. 13565
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144

*Attorneys for Plaintiff*

## COURT APPROVAL

IT IS SO ORDERED.

Date: January 24, 2017

_____
UNITED STATES MAGISTRATE JUDGE

{40512702;1} 2