ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
REBEKKAH BODOFF, ESQ.
Nevada Bar No. 12703
KAREN A. WHELAN, ESQ.
Nevada Bar No. 10466
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: rebekkah.bodoff@akerman.com
Email: karen.whelan@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOAN SERVICING LP, FKA COUNTRYWIDE HOME LOANS SERVICING LP,<br><br>Plaintiff,<br><br>v.<br><br>BAR ARBOR GLEN AT PROVIDENCE HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-00761-APG-NJK<br><br>**NOTICE OF DISASSOCIATION** |
| SFR INVESTMENTS POOL 1, LLC;<br><br>Counter/Cross Claimant.<br><br>vs.<br><br>BANK OF AMERICA, N.A., successor by merger to BAC HOME LOAN SERVICING LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP | |

1

42966874;1

Counter/Cross Defendants.

PLEASE TAKE NOTICE Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing LP, fka Countrywide Home Loans Servicing, LP hereby provides notice that Steven G. Shevorski, Esq. is no longer associated with the law firm of Akerman LLP.

Akerman LLP continues to serve as counsel for Bank of America, N.A in this action. All future correspondence and papers in this action should continue to be directed to Ariel E. Stern, Esq. Rebekkah Bodoff, Esq. and Karen A. Whelan, Esq. and should receive all future notices.

DATED this 28th day of September, 2017.

**AKERMAN LLP**

/s/ Karen A. Whelan
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
REBEKKAH BODOFF, ESQ.
Nevada Bar No. 12703
KAREN A. WHELAN, ESQ.
Nevada Bar No. 10466
1160 N. Town Center Drive, #330
Las Vegas, Nevada 89144
*Attorneys for Plaintiff Bank of America, N.A.*

## COURT APPROVAL

IT IS SO ORDERED.

Dated: September 29, 2017

_____
UNITED STATES MAGISTRATE JUDGE

42966874;1