ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for Bank of America, N.A.,
successor by merger to BAC Home Loans
Servicing LP, fka Countrywide Home Loans
Servicing, LP*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOAN SERVICING LP, FKA COUNTRYWIDE HOME LOANS SERVICING LP,<br><br>Plaintiff,<br>vs.<br><br>BAR ARBOR GLEN AT PROVIDENCE HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-00761-APG-NJK<br><br>**NOTICE OF DISASSOCIATION** |
| SFR INVESTMENTS POOL 1, LLC;<br><br>Counter/Cross Claimant.<br>vs.<br><br>BANK OF AMERICA, N.A., successor by merger to BAC HOME LOAN SERVICING LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP<br><br>Counter/Cross Defendants. | |

PLEASE TAKE NOTICE Bank of America, N.A., successor by merger to BAC Home Loans Servicing LP, fka Countrywide Home Loans Servicing, LP (**BANA**) hereby provides notice that Jesse A. Ransom, Esq. is no longer associated with the law firm of Akerman LLP.

Akerman LLP continues to serve as counsel for BANA in this action. All future correspondence and papers in this action should continue to be directed to Ariel E. Stern, Esq. and Natalie L. Winslow, Esq.

DATED this 27th day of March, 2018.

**AKERMAN LLP**

*/s/ Natalie L. Winslow*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125

1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Bank of America, N.A., successor by merger to BAC Home Loans Servicing LP, fka Countrywide Home Loans Servicing, LP*

**COURT APPROVAL**

IT IS SO ORDERED.
Date: March 28, 2018

_____
UNITED STATES MAGISTRATE JUDGE