# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 2:16-cv-00761-APG-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| BAR ARBOR GLEN AT PROVIDENCE HOMEOWNERS ASSOCIATION, et al., | |
| Defendant(s). | |

Pending before the Court is a proposed discovery plan. Docket No. 60. Nevada Association Services, Inc. did not participate in the conference to formulate that discovery plan, nor did it sign the discovery plan. *See id.* at 2 n.1. The discovery plan is therefore **DENIED**. Counsel for Nevada Association Services shall immediately contact Plaintiff's counsel regarding availability to participate in the formulation of a discovery plan, and an amended discovery plan in which all litigants join shall be filed by February 27, 2019. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS**.

IT IS SO ORDERED.

Dated: February 20, 2019

Nancy J. Koppe
United States Magistrate Judge