UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BANK OF AMERICA, N.A.,

    Plaintiff(s),

v.

BAR ARBOR GLEN AT PROVIDENCE HOMEOWNERS ASSOCIATION, et al.,

    Defendant(s).

Case No.: 2:16-cv-00761-APG-NJK

**Order**

Pending before the Court is an order to show cause arising out of Nevada Association Services, Inc.'s violation of the order to participate in the formulation of a discovery plan. Docket No. 66. The Court has received responses that indicate, *inter alia*, that Nevada Association Services does not plan to defend this case. *See, e.g.*, Docket No. 69 at 3. In so doing, Nevada Association Services concedes that entry of default judgment is appropriate, and further concedes that some award of attorneys' fees is appropriate. *See id.* at 4.[1]

With respect to the potential entry of default judgment, Nevada Association Services and Plaintiff shall meet-and-confer regarding the potential filing of a stipulation on that issue. If a stipulation is feasible, it shall be filed by April 1, 2019.

With respect to the potential for an award of attorneys' fees, any party who wishes to recover its fees arising out of Nevada Association Services' violation of the Court's order shall

---

[1] The Court expresses no opinion herein as to the pending order to show cause or the particular relief that will be ordered therefrom.

1

file appropriate paperwork as to (1) the amount of time expended that resulted from that violation and (2) the hourly rate sought for each attorney who expended time unnecessarily. This paperwork shall be filed by March 25, 2019. To the extent it wishes to challenge the information submitted, Nevada Association Services may file a response by April 1, 2019.

IT IS SO ORDERED.

Dated: March 18, 2019

_____
Nancy J. Koppe
United States Magistrate Judge