ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for plaintiff and counter-defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOAN SERVICING LP, FKA COUNTRYWIDE HOME LOANS SERVICING LP,<br><br>Plaintiff,<br><br>vs.<br><br>BAR ARBOR GLEN AT PROVIDENCE HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-00761-APG-NJK<br><br>**MOTION TO REMOVE ATTORNEYS FROM ELECTRONIC SERVICE LIST** |
| SFR INVESTMENTS POOL 1, LLC;<br><br>Counter/Cross Claimant.<br><br>vs.<br><br>BANK OF AMERICA, N.A., successor by merger to BAC HOME LOAN SERVICING LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP; and PETER J. FOX, an individual,<br><br>Counter/Cross Defendants. | |

Plaintiff and counter-defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP (**BANA**) provides notice

49236031;1

Rebekkah Bodoff and Karen Whelan are no longer associated with the law firm of Akerman LLP.

BANA requests Ms. Bodoff and Ms. Whelan be removed from the CM/ECF service list.

DATED this 20th day of June, 2019.

**AKERMAN LLP**

*/s/ Natalie L. Winslow, Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff and counter-defendant Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP*

IT IS SO ORDERED.
Dated: June 20, 2019
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

2

49236031;1