ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOAN SERVICING LP, FKA COUNTRYWIDE HOME LOANS SERVICING LP,<br><br>Plaintiff,<br><br>vs.<br><br>BAR ARBOR GLEN AT PROVIDENCE HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-00761-APG-NJK<br><br>**ORDER TO RELEASE BOND** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Countercrossclaimant.<br><br>vs.<br><br>BANK OF AMERICA, N.A., successor by merger to BAC HOME LOAN SERVICING LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP; and PETER J. FOX, an individual,<br><br>Counter/crossdefendants. | |

1

51661096;1

Presently before the court is the matter of *Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP vs. Bar Arbor Glen at Providence Homeowners Association, et al.*, case number 2:16-cv-00761-APG-NJK.

On April 28, 2016, the court ordered Plaintiff to post a security bond for $500.00 [ECF No. 11]. On May 26, 2016, Akerman LLP posted a security bond on behalf of plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP, receipt number NVLAS042630 for $500.00 [ECF No. 22].

On January 13, 2020, the court entered a judgment in the case, closing the case [ECF No. 96]. As this matter is now concluded, the court will refund to Akerman LLP on behalf of Plaintiff the $500.00 security bonds, plus interest.

**IT IS SO ORDERED**.

Dated: January 16, 2020.

_____
UNITED STATES DISTRICT JUDGE

**Akerman LLP**

*/s/ Natalie L. Winslow*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP*

51661096;1